UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| BRENT T.,[1] | Civil No. 24-1952 (JRT/LIB) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATIONS |
| LELAND DUDEK, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

_____

Bryan Konoski, **KONOSKI & PARTNERS, P.C.,** 180 Tices Lane, Suites 204, Bldg. A, East Brunswick, New Jersey 08816 for Plaintiff.

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, Sophie Doroba, Dennis Golden, **SOCIAL SECURITY ADMINISTRATION,** Office of the General Counsel, Office of Program Litigation, Office 4, 6401 Security Boulevard, Baltimore Maryland 21235 for Defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

**1.** Plaintiff's request for relief, [Docket No. 9], is **DENIED** and;

**2.** Defendant's request for relief, [Docket No. 11], is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation. Accordingly, where the Court refers to Plaintiff by her name only her first name and last initial are provided.

DATED: June 23, 2025
at Minneapolis, Minnesota.

          s/John R. Tunheim
          JOHN R. TUNHEIM
          United States District Court